[No. 37276-2-II.  Division Two.  February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. C.J.J., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-8-01621-7, John A. McCarthy, J., entered December 19, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37681-4-II.  Division Two.  February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA PATRIECE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00306-1, Kenneth D. Williams, J., entered April 18, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37811-6-II.  Division Two.  February 12, 2009.]

THE SQUAXIN ISLAND TRIBE, *Appellant*, v. THE POLLUTION CONTROL HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-02316-9, Gary R. Tabor, J., entered October 17, 2007. *Dismissed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26664-8-III.  Division Three.  February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT DAVID SYLVESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-01019-5, Craig J. Matheson, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.